**Federal Defenders OF NEW YORK, INC.**

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

November 18, 2022

By ECF

Hon. Paul G. Gardephe
United States District Judge
Southern District of New York

**Re: United States v. Juan Galvan, 11 Cr. 241 (PGG)**

Dear Judge Gardephe:

    I write on behalf of Juan Galvan to respectfully request that the Court permit him to travel to the Dominican Republic from January 27 to February 19, 2023, to visit family. Probation and the Government consent to this request.

    On November 22, 2021, this Court sentenced Mr. Galvan to time served and two years' supervised release following his admission to supervised release violations. His conditions include, as relevant, travel restrictions. Mr. Galvan has been fully compliant with all conditions since his sentencing. He requests permission to take this trip to visit him family, some of whom he has not seen since his most recent incarceration. If permission is granted, he will provide a detailed itinerary to Probation.

    Thank you for your attention to this matter.

Sincerely,

/s/ Jonathan Marvinny
Jonathan Marvinny
Assistant Federal Defender
212.417.8792
jonathan_marvinny@fd.org

cc:   Patrick Maroney, Esq.
       Erin Weinrauch, U.S.P.O.

**MEMO ENDORSED**
The Application is granted.
SO ORDERED:

*Paul Gardephe*
Paul G. Gardephe, U.S.D.J.

Dated: November 29, 2022